NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES KENNETH COCHRAN,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D17-1843
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed January 4, 2019.

Appeal from the Circuit Court for Manatee
County; Charles Sniffen, Judge.

Howard L. Dimmig, II, Public Defender, and
Lisa Lott, Assistant Public Defender, Bartow,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ATKINSON, JJ., Concur.